

FILED

09 SEP -1 AM 11:40

CLERK, U.S. DISTRICT COURT
NORTHERN DIST. OF CALIF.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA



IN THE MATTER OF

CV 09 80 220MISC

Virginia Sue MacSuibhne - #203687

_____/

## ORDER TO SHOW CAUSE

It appearing that Virginia Sue MacSuibhne has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that she may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why she should not be suspended from practice before this Court.

Dated:

_____
VAUGHN R WALKER
United States District Chief Judge

Mailing Address:

Virginia Sue MacSuibhne
Attorney at Law
3431 Hillview Avenue
Palo Alto, CA 94304

United States District Court
For the Northern District of California