**FILED**

NOV 0 9 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

Virginia Sue MacSuibhne,

    State Bar No 203687

No CV-09-80220 MISC VRW

ORDER

/

    On September 1, 2009, the court issued an order to show cause (OSC) why Virginia Sue MacSuibhne should not be removed from the roll of attorneys authorized to practice law before this court based upon her inactive enrollment as a member of the State Bar of California pursuant to Rule 9.31, effective July 1, 2009. The OSC was mailed to Ms. MacSuibhne's address of record with the State Bar on September 1, 2009. Ms. MacSuibhne filed no response.

    The California State Bar web site indicates that Ms. MacSuibhne is on active status as of September 8, 2009, and may practice law in California.

    The OSC is therefore discharged. The clerk is directed to close the file.

    IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of

Virginia Sue MacSuibhne,

_____/

Case Number: C09-80220   VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 9, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Virginia Sue MacSuibhne
3431 Hillview Avenue
Palo Alto, CA 94304


Dated: November 9, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*